**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ROKU INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  1:22-cv-2168 |
| v. | ) | |
| | ) | Judge P. Kevin Castel |
| 360 Degree Store; | ) | |
| 3CAAA Store; | ) | |
| 3C-CCC Quality Store; | ) | |
| 3C-GANG Store; | ) | |
| A Tree 3C-Dropshopping Store; | ) | |
| accessories good Store; | ) | |
| Ali-Students Supplies Store; | ) | |
| All-in Technique Store; | ) | |
| BANGBANGBANG Store; | ) | |
| beautiful in white 66 store; | ) | |
| Buytra Electronic Store; | ) | |
| call me koko Store; | ) | |
| CCC World Store; | ) | |
| Computer Parts Factory Store; | ) | |
| Digital and Stationery Store; | ) | |
| Digital Precise macy Store; | ) | |
| DreamGogo Store; | ) | |
| FashionLady Store; | ) | |
| Finding & Fun Garden Store; | ) | |
| Global-PC Store; | ) | |
| HAFT Store; | ) | |
| HFElectronic Stationery Store; | ) | |
| High end remote control direct Store; | ) | |
| Home-Magic General Merchandise Store; | ) | |
| KOQZM Official Store; | ) | |
| KungFuPanda Store; | ) | |
| Laptop adapter factory store Store; | ) | |
| LifeTechnology-H&N Store; | ) | |
| LOJALA Store; | ) | |
| LOVING Store; | ) | |
| LRM 625 Store; | ) | |
| Mr JETTING Store; | ) | |
| My eSports world Store; | ) | |
| NANDITO Official Store; | ) | |
| ORIGINALRM Store; | ) | |
| Ostrovsky And Korchagin Store; | ) | |

PowerOne Store;                                          )
Ray-E Store;                                             )
Remote Of The World Store;                               )
safaa Store;                                             )
Safety Supplies Franchise Store;                         )
Sales remote control Store;                              )
Shenzhen Huaqiang E-lectronic Products Store;            )
Shenzhen OUTLETS Store;                                  )
Shop3928006 Store;                                       )
Shop4538025 Store;                                       )
Shop5000173 Store;                                       )
Shop5736095 Store;                                       )
Shop910316152 Store;                                     )
Shop910713003 Store;                                     )
Shop910745175 Store;                                     )
Shop911109154 Store;                                     )
Shop911256083 Store;                                     )
SimpleStone;                                             )
S-y-m Elec Retail Store;                                 )
TCEKEA Store;                                            )
Technical-Life Store;                                    )
Thank you for your attention Store;                      )
VACOOE Store;                                            )
WonderElectronics Store;                                 )
WowSL Store;                                             )
Xiao Li Grocery Store Store;                             )
Yahou,surprising! Store;                                 )
Yannis Game Store;                                       )
Yinga E-cigarette Store;                                 )
YZ Information Appliance Store;                          )
ZHUOYUEJIA Store;                                        )
yosenlia;                                                )
Young-Electronics;                                       )
sun4finger;                                              )
wind1398;                                                )
yiguangbaozhuang;                                        )
2015sgfird;                                              )
arnas-20;                                                )
asarajan-0;                                              )
cheng182018;                                             )
craft-e-store;                                           )
dherigtech;                                              )
genuinetvparts;                                          )
gospring;                                                )
harshi-514;                                              )
hixon_game;                                              )

mingfulai;                                          )
ousalahs;                                           )
randimaliyanage;                                    )
sysmcch;                                            )
wanbaoxin;                                          )
wanthk6;                                            )
weifengdianzi;                                      )
anginggang;                                         )
Haneng17;                                           )
isongWuQ;                                           )
oliangangu;                                         )
unheWangh;                                          )
Wanguashan;                                         )
Wanguqiang;                                         )
Wuiaopeng;                                          )
xiejing;                                            )
Canquefredo;                                        )
ronron1123; and                                     )
YK Remote                                           )
                                                    )
      Defendants.      )

## AMENDED ~~PROPOSED~~ DEFAULT JUDGMENT

THIS CASE having been commenced by ROKU INC. ("ROKU" and/or "Plaintiff") against the Defendants identified on the Second Amended Schedule A attached hereto (collectively, the "Defaulting Defendants") and using at least the domain names identified in the Second Amended Schedule A (the "Defaulting Defendant Domain Names") and the online marketplace accounts identified in the Second Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants that included a domain name disabling order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District.  Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing either one or more of the ROKU Trademarks, U.S. Trademark Registration Nos.: 5886527, 4937513, and 3177666, and/or ROKU stylized Trademark, U.S. Trademark Registration No.: 4937514, and/or ROKU & Design Trademarks, U.S. Trademark Registration Nos.: 5151588, 4937515, 4286059, and 4286058, and/or Design only Trademarks, U.S. Trademark Registration Nos.: 4839473, 4843920, and 6076830, and/or ROKU TOUCH Trademark, U.S. Trademark Registration No.: 5886526, and/or STREAMING STICK Trademark, U.S. Trademark Registration No.: 4618984, and/or STREAMBAR Trademark,  U.S. Trademark Registration No.: 6464718  (together, the "ROKU Trademarks"); and

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and/or violation of unfair competition under New York common law.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.     Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

      a.     using Plaintiff's ROKU Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ROKU product or not authorized by Plaintiff to be sold in connection with Plaintiff's ROKU Trademarks;

      b.     passing off, inducing, or enabling others to sell or pass off any product as a genuine ROKU product or any other product produced by Plaintiff, that is not Plaintiff' or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff' ROKU Trademarks;

      c.     committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

      d.     further infringing Plaintiff' ROKU Trademarks and damaging Plaintiff' goodwill;

      e.     otherwise competing unfairly with Plaintiff in any manner;

      f.     shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff' ROKU Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

g.      using, linking to, transferring, selling, exercising control over, or
otherwise owning the Online Marketplace Accounts, the Defendant
Domain Names, or any other domain name or online marketplace
account that is being used to sell or is the means by which
Defendants could continue to sell counterfeit ROKU products; and

h.      operating and/or hosting websites at the Defendant Domain Names
and any other domain names registered or operated by Defendants
that are involved with the distribution, marketing, advertising,
offering for sale, or sale of any product bearing Plaintiff' ROKU
Trademarks or any reproductions, counterfeit copies, or colorable
imitations thereof that is not a genuine ROKU product or not
authorized by Plaintiff to be sold in connection with Plaintiff'
ROKU Trademarks.

2.      The domain name registries for the Defaulting Defendant Domain Names,
including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet,
and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to
expiration of this Order, whichever date shall occur first, shall disable the Defaulting Defendant
Domain Names and make them inactive and untransferable until further ordered by this Court.

3.      Those in privity with Defaulting Defendants and with actual notice of this Order,
including any online marketplaces such as AliExpress, Amazon, DHgate, eBay, Joom, Wish,
PayPal, or Payoneer, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet
search engines such as Google, Bing and Yahoo, web hosts for the Defaulting Defendant Domain
Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a.      disable and cease providing services for any accounts through which
Defaulting Defendants engage in the sale of counterfeit and
infringing goods using the ROKU Trademarks, including any

accounts associated with the Defaulting Defendants listed on the First Amended Schedule A;

b.      disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ROKU Trademarks; and

c.      take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Domain Names from any search index.

4.      Amazon.com and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5.      ContextLogic, Inc. ("Wish") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.      DHgate and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.      PayPal, Inc. ("PayPal") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8.      Payoneer, Inc. ("Payoneer") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9.      eBay, Inc. ("eBay")  and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

10.      Ping Pong Global Solutions, Inc. ("Ping Pong") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

11.      Coinbase Global, Inc. ("Coinbase") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

12.      LianLian Global t/as LL Pay U.S., LLC ("LianLian") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and

enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

13.     AllPay Limted ("AllPay") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

14.     Union Mobile Financial Technology Co., Ltd. ("Union Mobile") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

15.     Alibaba and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

16.     Aliexpress and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

17.     Bank of China and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants'

websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

18.     Hyperwallet and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

19.     JD.com ("JD") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

20.     Joom and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

21.     Lakala and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

22.     OFX and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

23.     Paxful, Inc. and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

24.     PayEco and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

25.     SellersFunding and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

26.     Shopify and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

27.     Stripe and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

28.     Walmart and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting

Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

29.     Wise/TransferWise and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

30.     World First UK Ltd. ("World First") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

31.     Pursuant to 15 U.S.C. § 1117, Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred and thirty thousand dollars ($130,000.00).

32.     Pursuant to 28 U.S.C. § 1961(a), Plaintiff is entitled to post-judgement interest from each of the Defaulting Defendants.  Such interest shall be calculated from the date of the entry of judgment to the date of payment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve, for the calendar week preceding the date of the judgment.

33.     All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, PayPal, eBay, Wish, DHgate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Amazon, PayPal, eBay, Wish, DHgate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress,

Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

34. Until Plaintiff has recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon, PayPal, eBay, Wish, DHgate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Amazon, PayPal, eBay, Wish, DHgate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

35. Until Plaintiff has recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers")

13

in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

      a.      Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts;

      b.      Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

      c.      Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

36.      In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified by Plaintiff and any email addresses provided for Defaulting Defendants by third parties.

37.      The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee, will be released to Plaintiff or their counsel upon notice to the Court that all non-defaulting defendants have been dismissed from the case.  The Clerk of the Court is directed to return the bond previously deposited with the Clerk of the Court to Plaintiff or its counsel once such notice is provided.

Dated:  January 30, 2023
          New York, New York

                                  Honorable P. Kevin Castel
                                  United States District Judge

## SECOND AMENDED SCHEDULE A

|  | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 2. | 360 Degree Store | https://www.aliexpress.com/store/912488679 |
| 8. | 3CAAA Store | https://www.aliexpress.com/store/5586069 |
| 9. | 3C-CCC Quality Store | https://www.aliexpress.com/store/912418462 |
| 12. | 3C-GANG Store | https://www.aliexpress.com/store/5571124 |
| 19. | A Tree 3C-Dropshopping Store | https://www.aliexpress.com/store/5508038 |
| 22. | accessories good Store | https://www.aliexpress.com/store/912470611 |
| 27. | Ali-Students Supplies Store | https://www.aliexpress.com/store/3428007 |
| 32. | All-in Technique Store | https://www.aliexpress.com/store/5442200 |

|     | Defendant Seller | Defendant Online Marketplace |
|-----|------------------|------------------------------|
| 36. | BANGBANGBANG Store | https://www.aliexpress.com/store/5517028 |
| 37. | beautiful in white 66 store | https://www.aliexpress.com/store/912690097 |
| 41. | Buytra Electronic Store | https://www.aliexpress.com/store/2657093 |
| 43. | call me koko Store | https://www.aliexpress.com/store/5019172 |
| 46. | CCC World Store | https://www.aliexpress.com/store/900242128 |
| 51. | Computer Parts Factory Store | https://www.aliexpress.com/store/5891076 |
| 59. | Digital and Stationery Store | https://www.aliexpress.com/store/912170541 |
| 62  | Digital Precise macy Store | https://www.aliexpress.com/store/5742229 |
| 67. | DreamGogo Store | https://www.aliexpress.com/store/910801036 |

|        | **Defendant Seller** | **Defendant Online Marketplace** |
|--------|----------------------|----------------------------------|
|        |                      |                                  |
| 75.    | FashionLady Store    | https://www.aliexpress.com/store/3427002 |
| 76.    | Finding & Fun Garden Store | https://www.aliexpress.com/store/2674039 |
|        |                      |                                  |
| 83.    | Global-PC Store      | https://www.aliexpress.com/store/4388016 |
|        |                      |                                  |
| 85.    | HAFT Store           | https://www.aliexpress.com/store/5652014 |
|        |                      |                                  |
| 88.    | HFElectronic Stationery Store | https://www.aliexpress.com/store/912467523 |
|        |                      |                                  |
| 90.    | High end remote control direct Store | https://www.aliexpress.com/store/912242412 |
| 91.    | Home-Magic General Merchandise Store | https://www.aliexpress.com/store/5588499 |
|        |                      |                                  |
| 99.    | KOQZM Official Store | https://www.aliexpress.com/store/3632075 |
| 100.   | KungFuPanda Store    | https://www.aliexpress.com/store/5797652 |
|        |                      |                                  |
| 102.   | Laptop adapter factory store Store | https://www.aliexpress.com/store/4992156 |
|        |                      |                                  |
| 106.   | LifeTechnology-H&N Store | https://www.aliexpress.com/store/5513034 |

|  | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
|  |  |  |
| 108. | LOJALA Store | https://www.aliexpress.com/store/600479 |
|  |  |  |
| 110. | LOVING Store | https://www.aliexpress.com/store/3656020 |
| 111. | LRM 625 Store | https://www.aliexpress.com/store/912180460 |
|  |  |  |
| 115. | Mr JETTING Store | https://www.aliexpress.com/store/5405014 |
| 116. | My eSports world Store | https://www.aliexpress.com/store/4660061 |
|  |  |  |
| 119. | NANDITO Official Store | https://www.aliexpress.com/store/1813365 |
|  |  |  |
| 123. | ORIGINALRM Store | https://www.aliexpress.com/store/911846032 |
| 124. | Ostrovsky And Korchagin Store | https://www.aliexpress.com/store/911187146 |
|  |  |  |
| 128. | PowerOne Store | https://www.aliexpress.com/store/1876523 |
|  |  |  |
| 131. | Ray-E Store | https://www.aliexpress.com/store/911547211 |
| 132. | Remote Of The World Store | https://www.aliexpress.com/store/912068300 |
| 133. | safaa Store | https://www.aliexpress.com/store/912485368 |
|  |  |  |
| 135. | Safety Supplies Franchise Store | https://www.aliexpress.com/store/5382325 |
|  |  |  |
| 137. | Sales remote control Store | https://www.aliexpress.com/store/1837271 |
|  |  |  |
| 140. | Shenzhen Huaqiang E-lectronic Products Store | https://www.aliexpress.com/store/4982033 |

|      | Defendant Seller | Defendant Online Marketplace |
|------|------------------|------------------------------|
| 141. | Shenzhen OUTLETS Store | https://www.aliexpress.com/store/1043348 |
| | | |
| 143. | Shop3928006 Store | https://www.aliexpress.com/store/3928006 |
| 144. | Shop4538025 Store | https://www.aliexpress.com/store/4538025 |
| 145. | Shop5000173 Store | https://www.aliexpress.com/store/5000173 |
| | | |
| 149. | Shop5736095 Store | https://www.aliexpress.com/store/5736095 |
| 150. | Shop910316152 Store | https://www.aliexpress.com/store/910316152 |
| | | |
| 154. | Shop910713003 Store | https://www.aliexpress.com/store/910713003 |
| 155. | Shop910745175 Store | https://www.aliexpress.com/store/910745175 |
| 156. | Shop911109154 Store | https://www.aliexpress.com/store/911109154 |
| 157. | Shop911256083 Store | https://www.aliexpress.com/store/911256083 |
| | | |
| 159. | SimpleStone | https://www.aliexpress.com/store/1848439 |
| | | |
| 163. | S-y-m Elec Retail Store | https://www.aliexpress.com/store/911727229 |
| 164. | TCEKEA Store | https://www.aliexpress.com/store/911839257 |
| 165. | Technical-Life Store | https://www.aliexpress.com/store/911510064 |
| 166. | Thank you for your attention Store | https://www.aliexpress.com/store/5044289 |
| | | |
| 177. | VACOOE Store | https://www.aliexpress.com/store/912398378 |

|       | Defendant Seller | Defendant Online Marketplace |
|-------|------------------|------------------------------|
| 178.  | WonderElectronics Store | https://www.aliexpress.com/store/910322051 |
|       |                  |                              |
| 180.  | WowSL Store | https://www.aliexpress.com/store/911816503 |
| 181.  | Xiao Li Grocery Store Store | https://www.aliexpress.com/store/911607630 |
|       |                  |                              |
| 183.  | Yahou,surprising! Store | https://www.aliexpress.com/store/5600072 |
| 184.  | Yannis Game Store | https://www.aliexpress.com/store/912269075 |
| 185.  | Yinga E-cigarette Store | https://www.aliexpress.com/store/912069548 |
| 186.  | YZ Information Appliance Store | https://www.aliexpress.com/store/911055053 |
| 187.  | ZHUOYUEJIA Store | https://www.aliexpress.com/store/912686177 |
|       |                  |                              |
| 194.  | yosenlia | https://www.amazon.com/sp?seller=A2WYSXPARC16R9 |
| 195.  | Young-Electronics | https://www.amazon.com/sp?seller=A1KATB9KBEMHB7 |
|       |                  |                              |
| 197.  | sun4finger | https://www.dhgate.com/store/about-us/21156520.html |
| 198.  | wind1398 | https://www.dhgate.com/store/about-us/19904170.html |
| 199.  | yiguangbaozhuang | https://www.dhgate.com/store/about-us/21740561.html |
| 200.  | 2015sgfird | https://www.ebay.com/usr/2015sgfird |
|       |                  |                              |
| 202.  | arnas-20 | https://www.ebay.com/usr/arnas-20 |
| 203.  | asarajan-0 | https://www.ebay.com/usr/asarajan-0 |
| 204.  | cheng182018 | https://www.ebay.com/usr/cheng182018 |
| 205.  | craft-e-store | https://www.ebay.com/usr/craft-e-store |
| 206.  | dherigtech | https://www.ebay.com/usr/dherigtech |
| 207.  | genuinetvparts | https://www.ebay.com/usr/genuinetvparts |
| 208.  | gospring | https://www.ebay.com/usr/gospring |
| 209.  | harshi-514 | https://www.ebay.com/usr/harshi-514 |
|       |                  |                              |
| 211.  | hixon_game | https://www.ebay.com/usr/hixon_game |

|  | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
|  |  |  |
| 214. | mingfulai | https://www.ebay.com/usr/mingfulai |
| 215. | ousalahs | https://www.ebay.com/usr/ousalahs |
|  |  |  |
| 217. | randimaliyanage | https://www.ebay.com/usr/randimaliyanage |
|  |  |  |
| 219. | sysmcch | https://www.ebay.com/usr/sysmcch |
|  |  |  |
|  |  |  |
| 222. | wanbaoxin | https://www.ebay.com/usr/wanbaoxin |
| 223. | wanthk6 | https://www.ebay.com/usr/wanthk6 |
| 224. | weifengdianzi | https://www.ebay.com/usr/weifengdianzi |
|  |  |  |
| 226. | anginggang | https://www.joom.com/en/stores/618b8acd0100fbe46ed9415c |
|  |  |  |
|  |  |  |
| 234. | Haneng17 | https://www.joom.com/en/stores/6195ba04b392420dc283207b |
|  |  |  |
| 236. | isongWuQ | https://www.joom.com/en/stores/618352f9e2e959ebd2635db3 |
|  |  |  |
| 238. | oliangangu | https://www.joom.com/en/stores/618b8765f9902ce043791022 |
|  |  |  |
| 240. | unheWangh | https://www.joom.com/en/stores/61887ec1a0c9f384c75d1008 |
|  |  |  |
| 242. | Wanguashan | https://www.joom.com/en/stores/618b88ee331019a56ee718e6 |
| 243. | Wanguqiang | https://www.joom.com/en/stores/61834fbdb4800bc3897ffc52 |

|      | Defendant Seller | Defendant Online Marketplace |
|------|------------------|------------------------------|
| 244. | Wuiaopeng        | https://www.joom.com/en/stores/618880fc7f36f79656567978 |
| 245. | xiejing          | https://www.joom.com/en/stores/6136f527fa169c5051bcb4a2 |
| 246. | Canquefredo      | https://www.wish.com/merchant/614c4171bd3f302ae94113e2 |
| 247. | ronron1123       | https://www.wish.com/merchant/58cba44edc245c51145ccccb |
| 248. | YK Remote        | https://ykremote.com/our-company/ |