# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:22-cv-02168 |

## SATISFACTION OF JUDGMENT OF DEFENDANT NO. 206

WHEREAS, a judgment was entered in the above action on January 30, 2023 [77], in favor of Plaintiff ROKU INC. and against the Defendant identified in the First Amended Schedule A; Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby full and completely satisfy the same as to the following Defendant only:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 206. | dherigtech | https://www.ebay.com/usr/dherigtech |

Dated: March 2, 2023                           Respectfully submitted,

                                               THOITS LAW

                                           By: _/s/ Christopher Tom_____
                                               THOITS LAW
                                               Christopher Tom, Esq.
                                               400 Main Street, Suite 250
                                               Los Altos, CA 94022
                                               (650) 327 4200
                                               ctom@thoits.com