IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROKU INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-02168 ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT OF DEFENDANTS NO. 9, 32, 111, 150, 154, 180 and 185**

WHEREAS a default judgment was entered in the above action on January 30, 2023 [Dkt. 77], in favor of Plaintiff ROKU INC., ("Plaintiff") and against the Defendants identified in the First Amended Schedule A attached thereto; Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants only:

| No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 9. | 3C-CCC Quality Store | https://www.aliexpress.com/store/912418462 |
| 32. | All-in Technique Store | https://www.aliexpress.com/store/5442200 |
| 111. | LRM 625 Store | https://www.aliexpress.com/store/912180460 |
| 150. | Shop910316152 Store | https://www.aliexpress.com/store/910316152 |
| 154. | Shop910713003 Store | https://www.aliexpress.com/store/910713003 |
| 180. | WowSL Store | https://www.aliexpress.com/store/911816503 |
| 185 | Yinga E-cigarette Store | https://www.aliexpress.com/store/912069548 |

2

Dated: February 28, 2024          Respectfully submitted,

                                            BOIES SCHILLER FLEXNER LLP

                                            By: /s/*Christopher Tom*
                                                 Christopher Tom
                                                 55 Hudson Yards
                                                 New York, NY 10001
                                                 (212) 446 2300
                                                 ctom@bsfllp.com

                                                 *Attorney for Plaintiff ROKU INC.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                            /s/ Christopher Tom
                                            Christopher Tom