UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
ROKU INC.

                     Plaintiff,

  -against-

                                                      ORDER
                                                        22 cv 2168(PKC)

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON SCHEDULE A
HERETO,

                   Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

       By January 31, 2025, plaintiff shall file with the Court a plan and schedule to bring all outstanding claims in this action to a prompt and final resolution.

       SO ORDERED.

                                                 P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
          January 23, 2025