UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKU INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:22-cv-002168 (PKC) |

*[Handwritten annotation: Application granted. The Clerk is directed to close the case. SO ORDERED. /s/ PKC USDJ 3-27-25]*

## STATUS REPORT LETTER – JANUARY 28, 2025

Pursuant to the Court's Order, entered on January 24, 2025, Dkt. 80, Plaintiff Roku Inc. submits the following status report letter.

On January 30, 2023, this Court entered a default judgment order against the remaining defendants in this matter. *See* Dkt. 77. Since then, Plaintiff has filed notices of satisfaction of default judgment as to several defaulting defendants. *See* Dkts. 78–79. No other defaulting defendant has appeared in this matter or otherwise moved to oppose the defaulting judgment since January 2023. Since all defendants in this matter have been dismissed or are subject to the default judgment, Plaintiff respectfully requests that the Court close this matter and order the Clerk of the Court to release the $5,000 bond to Plaintiff's counsel at the address listed below, as prescribed in paragraph 37 of the default judgment order. *See* Dkt. 77. *[Handwritten: OK]*

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
Attn: Christopher Tom
New York, NY 10001

We thank the Court for its attention to this matter.

Dated: January 28, 2025                    Respectfully submitted,

                                           BOIES SCHILLER FLEXNER LLP

                                           By:  /s/Christopher Tom
                                                Christopher Tom
                                                BOIES SCHILLER FLEXNER LLP
                                                55 Hudson Yards
                                                New York, NY 10001
                                                212-446-2300
                                                ctom@bsfllp.com

                                           *Attorney for Plaintiff ROKU Inc.*

2